**FILED**

March 14, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
v.                              )
                                )
JANET KIMBERLY BAKER,           )
                                )
            Defendant.          )

Case No. MAG. 07-0062-EFB

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JANET KIMBERLY BAKER, Case No. MAG-

07-0062-EFB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

＿    Release on Personal Recognizance

_X_   Bail Posted in the Sum of $100,000.00

    _X_   Unsecured Appearance Bond

    ＿    Appearance Bond with 10% Deposit

    ＿    Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record

    ＿    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _March 14, 2007_ at _2:14 pm_ .

                    By   /s/ Edmund F. Brennan

                         Edmund F. Brennan
                         United States Magistrate Judge