1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  1107 9th St., Suite 850
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant
4

5                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
6

7

8
   UNITED STATES OF AMERICA        )   No. 2:07-cr-00112-MCE
9                                  )
          Plaintiff,                )   STIPULATION AND ORDER
10        vs.                      )
                                   )   Date: September 27, 2007
11 JANET KIMBERLY BAKER            )   Time: 9 A.M.
                                   )   Judge: Hon. Morrison C. England
12        Defendant.               )
                                   )
13

14        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

15 counsel, PHILIP TALBERT, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF

16 HEDBERG, attorney for defendant as well as Probation Officer TERENCE SHERBONDY that

17 the imposition of judgement and sentence in this matter  now scheduled for September 27, 2007

18 at 9 AM be continued to November 15, 2007 at 9 A.M. before the Honorable Morrison C.

19 England.

20

21

22              Page 1 of 3

IT IS SO STIPULATED.

        Respectfully submitted,
        Dated this 24th day of September, 2007
        By /s/ Olaf Hedberg
        Olaf W. Hedberg, Attorney at Law
        Attorney for Janet Baker

        Dated this 24th day of September, 2007
        MCGREGOR W. SCOTT
        United States Attorney
        /s/ Olaf Hedberg for Philip Talbert
        Philip Talbert
        Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING for the reasons set forth in the stipulation between counsel, the date for the imposition of judgment and sentence in this matter is continued to November 15, 2007 at 9:00 a.m.

**IT IS SO ORDERED**

Dated:  September 25, 2007

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**