McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

FILED

NOV 15 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. CR-S-07-0112-MCE
                                    )
            Plaintiff,              )
                                    )
       v.                           ) SEALING ORDER
                                    )
JANET BAKER,                        )
                                    )
            Defendant.              )
                                    )
_____)

   Upon Application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the attached document entered herein and any associated material is hereby SEALED until further order of this Court.

DATED: November 15, 2007

                              _____
                              MORRISON C. ENGLAND, JR.
                              United States District Judge